THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LENA DI STEFANO, Appellant.

Second Department, December 30, 1915.

Appeal — jurisdiction — appeal from Children's Court, city of New York — commitment of child in danger of becoming morally depraved.

The Appellate Division has jurisdiction of an appeal from a judgment of the Children's Court of the city of New York.

Evidence examined, and *held*, sufficient to warrant the court in adjudging that the defendant is in danger of becoming morally depraved, and that she should be placed in a reformatory.

APPEAL by the defendant, Lena Di Stefano, from a judgment of that part of the Court of Special Sessions of the City of New York known as the Children's Court for the County of Kings, rendered against her on the 8th day of January, 1915, adjudging her in danger of becoming morally depraved.

*Charles L. Fasullo*, for the appellant.

*Harry G. Anderson, Assistant District Attorney* [*James C. Cropsey, District Attorney*, with him on the brief], for the respondent.

PER CURIAM:

This court has jurisdiction of the appeal. (*People* v. *Fowler*, 166 App. Div. 605.) The evidence was sufficient to warrant

the court in adjudging that it is for the welfare of the defendant that she be placed in a reformatory. (Consolidation Act [Laws of 1882, chap. 410], § 1466, subd. 1, as amd. by Laws of 1886, chap. 353; Laws of 1903, chap. 436; Laws of 1904, chap. 537, and Laws of 1914, chap. 445; Greater N. Y. Charter [Laws of 1897, chap. 378; Laws of 1901, chap. 466], §§ 1608, 1609, 1610.)

The judgment of the Court of Special Sessions of the City of New York, rendered in that part thereof designated by law as the Children's Court in Kings county, should be affirmed.

JENKS, P. J., CARR, STAPLETON, MILLS and PUTNAM, JJ., concurred.

Judgment of conviction of the Court of Special Sessions of the City of New York, rendered in that part thereof designated by law as the Children's Court in Kings county, affirmed.